**FILED**
JAN 31 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE FEINERMAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 13 CR 108 |
| | ) |
| v. | ) Violation: Title 21, United |
| | ) States Code, Section 841(a)(1) |
| JOSE RODRIGUEZ and | ) and Title 18, United States |
| ERASMO GONZALEZ-VALENCIA | ) Code, Section 2 |
| | ) |

MAGISTRATE JUDGE KIM

The SPECIAL SEPTEMBER 2012 GRAND JURY charges:

On or about July 31, 2012, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE RODRIGUEZ, and
ERASMO GONZALEZ-VALENCIA,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY