

Nf

**FELONY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JUDGE FEINERMAN

**13 CR 108**

MAGISTRATE JUDGE KIM

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**

   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:

   1b. Should this indictment or information receive a new case number from the court? **yes**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

3) Is this a re-filing of a previously dismissed indictment or information? **No**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5) Is this a transfer of probation supervision from another district to this District? **No**

6) What level of offense is this indictment or information? **Felony**

7) Does this indictment or information involve eight or more defendants? **No**

8) Does this indictment or information include a conspiracy count? **No**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:

   **Possession of 500+ grams of cocaine, 21 USC 841(a)(1)**

10) List the statute of each of the offenses charged in the indictment or information.

   21 USC 841(a)(1)

FILED Nf
JAN 31 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Stephen Chahn Lee
Assistant United States Attorney

10/2012