Order Form (01/2005)

## United States District Court, Northern District of Illinois

MAGISTRATE JUDGE KIM
Maria Valdez

| Name of Assigned Judge or Magistrate Judge | JUDGE FEINERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 GJ 38 | **DATE** | 31 JANUARY 2013 |
| **CASE TITLE** | U.S. v. JOSE RODRIGUEZ & ERASMO GONZALEZ-VALENCIA | | |

**DOCKET ENTRY TEXT**

## 13 CR 108

### Grand Jury Proceeding

The Grand Jury for SPECIAL SEPTEMBER 2012 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

---

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO JOSE RODRIGUEZ.

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ERASMO GONZALEZ-VALENCIA.

**FILED** NF

JAN 3 1 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                        UNDER SEAL)

| | Courtroom Deputy Initials: |
|---|---|